# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2018

157002

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                          SC:  157002
                                                           COA:  333727
                                                           Monroe CC:  16-242523-FH

VINCENT JUNIOR HUDSON,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 19, 2017 judgment of the Court of Appeals is considered.  We DIRECT the Monroe County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2018



                                                                   Clerk

p0419